## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In Re:

EDMANUEL RIVERA

Case No. 10-15387-DER
Chapter 13

Debtor

### NOTICE OF CHANGE OF ADDRESS

CLERK OF THE COURT:

This is to notify the Court that the debtor's present mailing address is:

500 PINEHURST CIR
APT T3
Street Address

| WESTMINSTER | MD | 21158-9524 |
|---|---|---|
| City | State | Zip Code |

Date: 07/08/2014

Note: This information is being provided to the Court by the Trustee based on recent correspondence received from the debtor.

By: /s/ NANCY L. SPENCER GRIGSBY
NANCY L. SPENCER GRIGSBY, Trustee